UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

      Plaintiff,

v.

      Case No.  2:18-cv-02781-JP

STARWOOD HOTELS & RESORTS WORLDWIDE, LLC, a Maryland Limited Liability Company, CHIMES OF FREEDOM, LLC, a Delaware Limited Liability Company, and HHLP LIBERTY LESSEE, LLC, a Delaware Limited Liability Company,

      Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
*(Only as to Starwood Hotels & Resorts Worldwide, LLC, a Maryland Limited Liability Company)*

**COMES NOW** Plaintiff, Helen Swartz, Individually, by and through undersigned counsel, and herein files this Notice of Voluntary Dismissal as to Defendant STARWOOD HOTELS & RESORTS WORLDWIDE, LLC, a Maryland Limited Liability Company, pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(i).

Nothing herein shall affect the lawsuit against Defendants CHIMES OF FREEDOM, LLC, a Delaware Limited Liability Company, and HHLP LIBERTY LESSEE, LLC, a Delaware Limited Liability Company.

      Respectfully submitted,

Dated:  August 14 , 2018

      */s/  David S. Dessen* .
      David S. Dessen, Esq. (I.D. 17627)
      Dessen, Moses & Rossito
      600 Easton Road
      Willow Grove, PA  19090
      Telephone:  215.496.2902
      Facsimile:   215.658.0747
      ddessen@dms-lawyer.com

and
Lawrence A. Fuller, Esq., *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL  33181
Telephone:  305.891.5199
Facsimile:   305.893.9505
lfuller@fullerfuller.com
*Attorneys for Plaintiffs*