UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

        Plaintiff,

v.

CHIMES OF FREEDOM, LLC,          Case No.  2:18-cv-02781-JP
a Delaware Limited Liability Company, and
HHLP LIBERTY LESSEE, LLC,
a Delaware Limited Liability Company,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, CHIMES OF FREEDOM, LLC and HHLP LIBERTY LESSEE, LLC, hereby give notice that the parties have agreed to resolve this matter.  The Parties hereby request thirty (30) days to finalize the settlement documents and submit a Joint Stipulation for Dismissal with Prejudice.

Respectfully submitted this 7th day of January, 2019.

        /s/ Elizabeth M. Rodriguez
        Elizabeth M. Rodriguez
        Florida Bar No. 821690
        FordHarrison
        1 SE Third Avenue, Suite 2130
        Miami, Florida 33131
        Telephone: (305) 808-2143
        Facsimile:  (305) 808-2101
        Email:  erodriguez@fordharrison.com

        Mark A. Saloman (71195)
        FordHarrison, LLP
        300 Connell Drive, Suite 4100
        Berkley Heights, NJ 07922
        Telephone:  973-646-7300
        Facsimile:  973-973-646-7301
        Email:  msaloman@fordharrison.com

        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Elizabeth M. Rodriguez

## SERVICE LIST

Lawrence A. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard
Suite 502
North Miami, FL 33181
Telephone:  305-891-5199
Email:  lfuller@fullerfuller.com

David S. Dessen, Esq.
Dessen, Moses & Rossitto
600 Easton Road
Willow Grove, PA 19090-2591
Telephone:  215-584-4800
Email:  ddessen@dms-lawyer.com