UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

        Plaintiff,

v.

CHIMES OF FREEDOM, LLC,        Case No.  2:18-cv-02781-JP
a Delaware Limited Liability Company, and
HHLP LIBERTY LESSEE, LLC,
a Delaware Limited Liability Company,

        Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HELEN SWARTZ, and Defendants, CHIMES OF FREEDOM, LLC and HHLP LIBERTY LESSEE, LLC, by and through their respective undersigned counsels, hereby stipulate that this case be dismissed <u>with prejudice</u>, with each party to bear its/her own fees, costs, and disbursements.  Plaintiff and Defendants respectfully request that this Court enter an Order of Dismissal with Prejudice.

Respectfully submitted this 6th day of February, 2019.

| | |
|---|---|
| *s/  Lawrence A. Fuller* | */s/ Elizabeth M. Rodriguez* |
| Lawrence A. Fuller, Esq. | Elizabeth M. Rodriguez |
| Fuller, Fuller & Associates, P.A. | Florida Bar No. 821690 |
| 12000 Biscayne Boulevard, Suite 502 | FordHarrison |
| North Miami, FL  33181 | 1 SE Third Avenue, Suite 2130 |
| Telephone:  305.891.5199 | Miami, Florida 33131 |
| Facsimile:   305.893.9505 | Telephone: (305) 808-2143 |
| lfuller@fullerfuller.com | Facsimile:  (305) 808-2101 |
| and | Email:  erodriguez@fordharrison.com |
| David S. Dessen, Esq. (I.D. 17627) | and |
| Dessen, Moses & Rossito | Mark A. Saloman (71195) |
| 600 Easton Road | FordHarrison, LLP |
| Willow Grove, PA  19090 | 300 Connell Drive, Suite 4100 |
| Telephone:  215.496.2902 | Berkley Heights, NJ 07922 |
| Facsimile:  215.564.2879 | Telephone:  973-646-7300 |
| ddessen@dms-lawyer.com | Facsimile:  973-646-7301 |
| *Attorneys for Plaintiffs* | Email:  msaloman@fordharrison.com |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Elizabeth M. Rodriguez

## SERVICE LIST

Lawrence A. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard
Suite 502
North Miami, FL 33181
Telephone: 305-891-5199
Email: lfuller@fullerfuller.com

David S. Dessen, Esq.
Dessen, Moses & Rossitto
600 Easton Road
Willow Grove, PA 19090-2591
Telephone: 215-584-4800
Email: ddessen@dms-lawyer.com

WSACTIVELLP:10353669.1